JAYESH PATEL, (SBN 132939)
 *jpatel@zuberlaw.com*
AGNES M. SULLIVAN, (SBN 240388)
 *asullivan@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Flr.
Los Angeles, California 90071
Telephone:  (213) 596-5620
Facsimile:  (213) 596-5621

Attorneys for Plaintiff **SUNSET LANDMARK INVESTMENT, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET LANDMARK INVESTMENT, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>CHUBB CUSTOM INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No.  2:17-CV-04021-MWF-MRW<br><br>[Assigned to Hon. Michael W. Fitzgerald]<br><br>**PLAINTIFF SUNSET LANDMARK INVESTMENT, LLC'S *EX PARTE* APPLICATION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANT CHUBB CUSTOM INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF AGNES M SULLIVAN**<br><br>**ATTACHMENTS; [PROPOSED] SUR-REPLY; DECLARATION OF AGNES M. SULLIVAN AND EXHIBITS IN SUPPORT OF SUR-REPLY ; [PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY**<br><br>Date: September 17, 2018<br>Time: 10:00 a.m.<br>Crtrm: 5A<br><br>Trial Date: November 6, 2018 |

2177-1002 / 1326951.1

*EX PARTE* APPLICATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Pursuant to Local Rule 7-19, Plaintiff Sunset Landmark Investment, LLC ("Sunset Landmark") will, and hereby does, apply *ex parte* for an order granting leave to file the attached sur-reply and accompanying declaration in response to Defendant Chubb Custom Insurance Company's reply in support of its Motion for Summary Judgment in order to present new evidence concerning damage to the Hollywood Athletic Club, the property that is the subject of Sunset Landmark's claim against Chubb.

Pursuant to Local Rules 7-19 and 7-19.1, on September 5, 2018, and on September 11, 2018, counsel for Sunset Landmark notified Chubb's counsel of the date, time, and substance of this *ex parte* application. Notice was given via a telephone call with Gene Weisberg and Joseph Wohrle on September 5, 2018, as well as an electronic email to Mr. Weisberg and Mr. Wohrle on September 11, 2018. Chubb's counsel opposes this application.

Dated:  September 11, 2018            Respectfully submitted,

**ZUBER LAWLER & DEL DUCA LLP**
JAYESH PATEL
AGNES M. SULLIVAN


By:   */S/ Agnes M. Sullivan*
Attorneys for Plaintiff SUNSET LANDMARK INVESTMENT, LLC

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff Sunset Landmark Investment LLC ("Sunset Landmark") submits this *ex parte* application for an order granting leave to file the attached sur-reply and accompanying declaration in response to Chubb Custom Insurance Company's reply in support of Chubb's motion for summary judgment.

*Grounds for Application*

The filing of a sur-reply is within the discretion of the district court. *Schmidt v. Shah,* 696 F. Supp. 2d 44, 60 (D.D.C 2010) ("The decision to grant or deny leave to file a surrply is committed to the sound discretion of the court.") Sunset Landmark submits this application to address new evidence concerning the damage to the subject property resulting from the 2010 flooding that was elicited during the deposition of its expert witness, Dr. Jose Andrade, which took place on August 29, 2018, after Plaintiff filed its opposition to Chubb's motion for summary judgment. Sunset Landmark only received a certified copy of the deposition transcript of Dr. Andrade's deposition on September 11, 2018. (Declaration of Agnes M. Sullivan at ¶3).

Chubb argues in its reply that Sunset Landmark has no evidence of any damage to the walls of the Hollywood Athletic Club (the insured property that is the subject of this dispute) due to the flooding that occurred in 2010 and that Sunset Landmark's expert, Dr. Jose Andrade, only expressed an opinion about the damage that "could have occurred." To the contrary, Dr. Andrade conducted physical and chemical testing to the property which confirms that the infill walls indeed are damaged and are not in the same condition they were in prior to the 2010 flood. Dr. Andrade testified about his findings in his deposition on August 29. Dr. Andrade's deposition testimony will clarify Dr. Andrade's findings and will assist the Court in deciding the issues presented in Chubb's motion for summary judgment. To allow Chubb to misleadingly claim that there is no damage to the property, when new evidence confirms that the walls were damaged, without allowing an opportunity

for Sunset Landmark to present this new evidence would prejudice Sunset Landmark. Sunset Landmark should be allowed to respond via the proposed attached brief and narrowly focused sur-reply to inform the Court of new information that confirms its position that the walls of the Hollywood Athletic Club were damaged during the flooding in January of 2010 and that Chubb breached the insurance agreement by failing to investigate and pay for the full extent of the damages. Sunset Landmark accordingly respectfully requests that the Court grant its motion for leave to file the attached sur-reply.

### *Contact Information for Chubb's Counsel*

The name of Chubb's counsel is Gene Weisberg and Joe Wohrle of Gladstone Weisberg ALC. Counsel's business address is 300 Corporate Pointe, Suite 400, Culver City, CA 90230, telephone 310-821-9000, email: gweisberg@gladstoneweisberg.com, Jwohrle@gladstoneweisberg.com.

Dated:  September 11, 2018          Respectfully submitted,

**ZUBER LAWLER & DEL DUCA LLP**
JAYESH PATEL
AGNES M. SULLIVAN


By:  */S/ Agnes M. Sullivan*
Attorneys for Plaintiff SUNSET LANDMARK INVESTMENT, LLC

2177-1002 / 1326951.1

# DECLARATION OF AGNES M. SULLIVAN

I, Agnes M. Sullivan, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Zuber Lawler & Del Duca LLP, attorneys of record for Plaintiff Sunset Landmark Investment, LLC ("Sunset Landmark"). I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. On September 5, 2018, during a telephone conversation with Mr. Gene Weisberg and Mr. Joseph Wohrle, counsel for Defendant Chubb Insurance Company ("Chubb"), I informed counsel of Sunset Landmark's intent to file an *ex parte* application for leave to file a sur-reply and the grounds for the application. Mr. Weisberg informed me that Chubb would oppose Sunset Landmark's *Ex Parte* Application.

3. On September 11, 2018, I first received the certified copy of the deposition transcript of Dr. Jose Andrade's August 29, 2018 deposition. That same day, at approximately 7:40 p.m., I sent an email to Mr. Weisberg and Mr. Wohrle again informing counsel of Sunset Landmark's intent to file the *ex parte* application, and the date and substance of the proposed application. I also informed counsel of the Court's requirement that opposition papers must be filed no later than 24 hours (or one court day) following service of an *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 11th day of September, 2018, at Los Angeles, California.

*/S/ Agnes M. Sullivan*
Agnes M. Sullivan