JAYESH PATEL, (SBN 132939)
*jpatel@zuberlaw.com*
AGNES M. SULLIVAN, (SBN 240388)
*asullivan@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
350 S. Grand Ave., 32nd Flr.
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile: (213) 596-5621

Attorneys for Plaintiff **SUNSET LANDMARK INVESTMENT, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET LANDMARK INVESTMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHUBB CUSTOM INSURANCE COMPANY and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:17-CV-04021-MWF-MRW<br><br>[Assigned to Hon. Michael W. Fitzgerald]<br><br>**DECLARATION OF AGNES M. SULLIVAN IN SUPPORT OF SUNSET LANDMARK'S [PROPOSED] SUR-REPLY MEMORANDUM IN RESPONSE TO CHUBB'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 17, 2018<br>Time: 10:00 a.m.<br>Crtrm: 5A<br><br>Trial Date: November 6, 2018 |

# DECLARATION OF AGNES M. SULLIVAN

I, Agnes M. Sullivan, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate with Zuber Lawler & Del Duca LLP, attorneys of record for Plaintiff Sunset Landmark Investment, LLC. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

2. On August 29, 2018, weeks after Sunset Landmark's opposition to Chubb's motion for summary judgment was filed, Sunset Landmark's expert, Dr. Jose Andrade, was deposed by Chubb. Dr. Andrade testified about his findings of damage to the impacted walls at the Hollywood Athletic Club. Attached hereto as **Exhibit 1** are true and correct copies of excerpts from the transcript of the deposition of Dr. Jose Andrade.

3. On June 25, 2018, during a telephone conversation with Chubb Custom Insurance Company's counsel Joe Wohrle, I advised Mr. Wohrle that Plaintiff's expert, Dr. Jose Andrade, intended to do chemical and physical testing of the affected walls that week based on results from Dr. Andrade's modeling tests and invited Chubb's expert access to the property to perform the same test. In an email to Mr. Wohrle on June 28, 2018, I again notified Mr. Wohrle of the test and asked when Chubb's expert planned to visit the property for testing. On July 3rd, Mr. Wohrle responded that someone could be at the building for "inspection" after 2 p.m. on that day. After consulting with the client, I arranged to meet with Chubb's expert at the property on July 6, 2018 at 7 am. In an email sent on July 3rd confirming the meeting, I also detailed the testing done by Dr. Andrade and the locations of the impacted walls where the testing was done. Attached hereto as **Exhibit 2** is a true and correct copy of my email communications with Mr. Wohrle.

4. On July 6, 2018, I met with Dr. Jonathan Glassman of Exponent, who I believe was retained by Chubb, at the Hollywood Athletic Club, at 6525 Sunset Blvd. I showed Dr. Glassman the areas the precise areas of the walls that had been

1  sent in for physical and chemical testing by Dr. Andrade. Dr. Glassman appeared to
2  take photos and was invited to take his own samples of the impacted walls. I was
3  under the impression that Dr. Glassman did in fact take samples for testing, but have
4  since been informed by Chubb's counsel, Gene Weisberg, that Dr. Glassman merely
5  took photos of the areas tested by Plaintiff.
6      I declare under penalty of perjury under the laws of the United States of
7  America and the State of California that the foregoing is true and correct.
8      Executed on this 11th day of September, 2018, at Los Angeles, California.

*/S/ Agnès M. Sullivan*
Agnes M. Sullivan