JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SUNSET LANDMARK INVESTMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHUBB CUSTOM INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. CV 17-4021-MWF (MRWx)<br><br>**JUDGMENT AFTER TRIAL** |

　　Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

///

///

///

-1-

1. As to the only claim for relief, judgment is entered in favor of Defendant Chubb Custom Insurance Company ("Chubb") and Plaintiff The Sunset Landmark Investment, LLC shall take nothing.
2. Chubb is awarded its costs as provided by law.

Dated: August 29, 2019

																					*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
United States District Judge